167 So. 917

## W. F. BEAUCHAMP v. STATE.

### 4 Div. 219.

Court of Appeals of Alabama.
April 14, 1936.

SAMFORD, Judge.

Affirmed.

174 So. 897

## Jose BECERRIE, alias Becerril, v. STATE.

### 6 Div. 87.

Court of Appeals of Alabama.
May 11, 1937.

SAMFORD, Judge.

Appeal dismissed.

167 So. 917

## BECKER ROOFING CO. v. F. J. GLENN.

### 6 Div. 960.

Court of Appeals of Alabama.
March 3, 1936.

Thomas Seay, of Birmingham, for appellant.

Jim Gibson, of Birmingham, for appellee.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

165 So. 913

## Ex parte Roderick BEDDOW.

### 6 Div. 895.

Court of Appeals of Alabama.
Jan. 21, 1936.

Roderick Beddow, pro se.

PER CURIAM.

In accordance with and in response to the mandate of the Supreme Court issued in the case of Ex parte Robert J. Wheeler, as Judge, etc., 231 Ala. 356, 165 So. 74, Supreme Court, the petition for mandamus in the above-styled cause is hereby dismissed.

In making this order, we feel it our duty to say that this court, as such, never assumed jurisdiction of the mandamus proceeding, that it was never called to the attention of the court, and no action has ever been taken thereon, and, but for the mandate of the Supreme Court, above referred to, an order of dismissal would be unnecessary.

Dismissed.

169 So. 905

## Kermit BENNETT v. CITY OF ANNISTON.

### 7 Div. 225.

Court of Appeals of Alabama.
June 2, 1936.

SAMFORD, Judge.

Affirmed.

168 So. 903

## Lucius BENNETT v. STATE.

### 6 Div. 953.

Court of Appeals of Alabama.
May 5, 1936.

RICE, Judge.

Affirmed.